AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Humrickhouse, Stephani W. | Bankruptcy Court - Eastern District of North Carolina | 08/31/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Court (FT) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Second Floor
300 Fayetteville Street
Raleigh, NC 27601

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Campbell University School of Law, Board of Visitors |
| 2. | Board Member | North Carolina Museum of History Associates |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/31/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | FMI Corp W-2 |
| 2. | 2015 | FMI Corp 1120S K-1 |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 3/8/2015 - 3/10/2015 | New York, New York | Duberstein Moot Court | Lodging, Meals, Travel |
| 2. | National Conference of Bankruptcy Judges | 9/27/2015 - 9/30/2015 | Miami Beach, Florida | Annual Bankruptcy Conference / Seminar | Lodging |
| 3. | North Carolina Bar Association | 11/6/2015 | Pinehurst, North Carolina | Annual Bankruptcy Institute | Lodging, meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Humrickhouse, Stephani W. | 08/31/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/31/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Am. Equity Inv. Life Ins. Co. Flex. Prem. Deferred Ann | D | Dividend | M | T | | | | | |
| 2. Fidelity Capital Appreciation Fund | A | Distribution | K | T | | | | | |
| 3. FMI 401K | E | Int./Div. | P1 | T | | | | | |
| 4. --Black Rock Equity | B | Dividend | M | T | Sold (part) | 06/30/15 | J | | |
| 5. | | | | | Sold (part) | 12/30/15 | J | | |
| 6. --Eagle Small Cap Growth A | A | Dividend | K | T | Sold (part) | 06/30/15 | J | | |
| 7. | | | | | Buy | 12/30/15 | J | | |
| 8. --Hartford Int'l Opp R5 | A | Dividend | L | T | Buy | 06/30/15 | J | | |
| 9. | | | | | Sold (part) | 12/30/15 | J | | |
| 10. --Mainstay Large Cap Growth Fund | B | Dividend | M | T | Sold (part) | 06/30/15 | K | | |
| 11. | | | | | Sold (part) | 12/30/15 | J | | |
| 12. --MFS International Value R4 | A | Dividend | K | T | Sold (part) | 06/30/15 | J | | |
| 13. | | | | | Sold (part) | 12/30/15 | J | | |
| 14. --MFS Utilities/R4 | B | Dividend | | | Sold (part) | 06/30/15 | J | | |
| 15. | | | | | Sold | 12/30/15 | K | | |
| 16. --Metropolitan West Total Return Bond | C | Int./Div. | L | T | Sold (part) | 06/30/15 | J | | |
| 17. | | | | | Sold (part) | 12/30/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/31/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Principal Real Estate Securities Inst. | C | Dividend | L | T | Sold (part) | 06/30/15 | K | | |
| 19. | | | | | Sold (part) | 12/30/15 | K | | |
| 20. --Prudential Jennison Health Sciences | B | Dividend | M | T | Sold (part) | 06/30/15 | K | | |
| 21. | | | | | Sold (part) | 12/30/15 | J | | |
| 22. --TRowe Price Science and Tech/Adv | A | Dividend | M | T | Sold (part) | 06/30/15 | J | | |
| 23. | | | | | Sold (part) | 12/30/15 | J | | |
| 24. --Wells Fargo Stable Return Fund N/25 | C | Interest | O | T | Buy | 06/30/15 | M | | |
| 25. | | | | | Buy | 12/30/15 | L | | |
| 26. Etrade | B | Dividend | L | T | | | | | |
| 27. --1 Share S&P Midcap ETF (IJH) | A | Dividend | K | T | | | | | |
| 28. --1 Share S&P Small Cap ETF (IJR) | A | Dividend | K | T | | | | | |
| 29. --DIAX (mutual fund) (previously named DPD) | A | Dividend | J | T | | | | | |
| 30. --Ford Motor (common) | A | Dividend | J | T | | | | | |
| 31. --I Shares US Energy ETF (IYE) | A | Dividend | J | T | | | | | |
| 32. --SPDR S&P Small Capital Growth ETF | A | Dividend | J | T | Buy | 12/31/15 | J | | |
| 33. Vanguard Brokerage Acct | C | Int./Div. | N | T | | | | | |
| 34. --Vanguard S&P 500 Index ETF (VOO) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/31/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Vanguard Short Term Corp Bond Fund VCSH | B | Dividend | | | Sold | 06/12/15 | K | | |
| 36. --Vanguard Short Term Tax Exempt VWSTX | A | Dividend | K | T | | | | | |
| 37. --Vanguard Prime Money Mkt Fund | A | Interest | M | T | | | | | |
| 38. --Vanguard Large Capital ETF | A | Dividend | K | T | Buy | 06/24/15 | K | | |
| 39. Capital One Bank CD | B | Interest | M | T | Buy | 08/19/15 | M | | |
| 40. Fidelity Municipal Money Mkt (closed) | A | Interest | | | Sold | 06/09/15 | J | | |
| 41. Fisher/Morgan Stanley Man. Inv. Acct. (no control) | E | Dividend | O | T | | | | | |
| 42. --i Shares MSCI Euro-zone ETF (EZU) | A | Dividend | K | T | Buy | 09/10/15 | K | | |
| 43. --i Shares Global Consumer STP ETF (KXI) | A | Dividend | K | T | Buy | 09/10/15 | J | | |
| 44. --SPDR Senes Trust High Yield ETF (JNK) | A | Dividend | K | T | Buy | 12/18/15 | K | | |
| 45. --FBGX | A | Dividend | K | T | | | | | |
| 46. --FEEU | A | Dividend | J | T | | | | | |
| 47. --FIGY | A | Dividend | J | T | | | | | |
| 48. --HYG (ETF) | A | Dividend | | | Sold (part) | 06/11/15 | J | | |
| 49. | | | | | Buy | 08/17/15 | J | | |
| 50. | | | | | Sold | 12/18/15 | K | | |
| 51. --IXN (ETF) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/31/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --JP Morgan Municipal Fund (now called Morgan Stanley Money Market) | A | Interest | J | T | | | | | |
| 53. --LQD (ETF) | C | Dividend | L | T | Sold (part) | 06/11/15 | K | | |
| 54. | | | | | Buy | 08/17/15 | J | | |
| 55. --MBB (ETF) | A | Dividend | K | T | Sold (part) | 06/11/15 | J | | |
| 56. | | | | | Buy | 08/17/15 | J | | |
| 57. --QQQ (ETF) | A | Dividend | K | T | Buy | 06/12/15 | J | | |
| 58. | | | | | Sold (part) | 08/17/15 | J | | |
| 59. --SCPB (ETF) | A | Dividend | K | T | Sold (part) | 06/11/15 | J | | |
| 60. | | | | | Buy | 08/17/15 | J | | |
| 61. --TFI (ETF) | A | Dividend | K | T | Sold (part) | 06/12/15 | K | | |
| 62. | | | | | Buy | 08/17/15 | J | | |
| 63. --XLG (ETF) | A | Dividend | K | T | Buy | 06/12/15 | J | | |
| 64. | | | | | Sold (part) | 08/17/15 | J | | |
| 65. --XLF (ETF) | B | Dividend | L | T | Buy | 06/12/15 | J | | |
| 66. | | | | | Sold (part) | 08/17/15 | J | | |
| 67. | | | | | Buy | 11/16/15 | J | | |
| 68. --XLV (ETF) | A | Dividend | K | T | Buy | 06/12/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/31/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --XLY (ETF) | A | Dividend | K | T | Sold (part) | 09/10/15 | J | | |
| 70. --VEA | A | Dividend | | | Sold | 09/10/15 | K | | |
| 71. --VGK | A | Dividend | K | T | Buy | 06/12/15 | J | | |
| 72. | | | | | Sold (part) | 08/17/15 | J | | |
| 73. --VIS | A | Dividend | J | T | | | | | |
| 74. Scott & Stringfellow IRA -Managed Account | D | Dividend | O | T | | | | | |
| 75. --BP Capital Twin MLP Fund (BPMCX) | A | Dividend | K | T | Buy | 03/24/15 | K | | |
| 76. --BAEIX (mutual fund) | D | Dividend | O | T | Sold (part) | 03/24/15 | K | | |
| 77. --Federated Treasury Fund (cash acct) | A | Interest | J | T | | | | | |
| 78. Merrill Lynch Wealth Management - CMA | D | Int./Div. | N | T | | | | | |
| 79. -ALLEGHENY TECH (ATI) | A | Dividend | | | Sold (part) | 05/18/15 | J | | |
| 80. | | | | | Sold | 12/23/15 | J | A | |
| 81. -AmbevSA (ABEV) (Merger with ABV 11/21/13) | A | Dividend | | | Sold | 09/12/14 | J | | |
| 82. -ALLSTATE CORP. Preferred Stock ALLPRA | A | Dividend | K | T | | | | | |
| 83. -BLACKROCK RE (BCX) | A | Dividend | | | Sold | 12/23/15 | J | | |
| 84. -Clearbridge (CEM) | | None | | | Sold | 12/23/15 | J | | |
| 85. -Cohen and Steers (RQI) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/31/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Community Health Systems CYH | | None | J | T | Buy | 03/04/15 | J | | |
| 87. | | | | | Buy | 12/23/15 | J | | |
| 88. -Conoco Phillips | A | Dividend | J | T | Buy | 12/23/15 | J | | |
| 89. -Eli Lilly (LLY) | A | Dividend | K | T | | | | | |
| 90. --Exxon Mobile | A | Dividend | J | T | Buy | 12/23/15 | J | | |
| 91. --FCT | A | Dividend | J | T | | | | | |
| 92. -Merrill Lynch (FIA Card Services) Bank Deposit Program (cash) | A | Int./Div. | L | T | | | | | |
| 93. -First Niagara (FNFG) | A | Dividend | J | T | | | | | |
| 94. --HAL | A | Dividend | | | Sold | 04/21/15 | J | | |
| 95. --HOLX | | None | J | T | Sold (part) | 03/14/15 | J | B | |
| 96. --MASCO (MAS) | A | Dividend | K | T | Sold (part) | 03/14/15 | J | B | |
| 97. -Merck (MRK) | A | Dividend | K | T | | | | | |
| 98. -Nuveen Float Rate JFR | A | Dividend | J | T | Buy | 03/13/15 | K | | |
| 99. -Nuveen Ins. (NEA) | A | Dividend | J | T | | | | | |
| 100. --OXY | A | Dividend | | | Sold | 12/23/15 | J | | |
| 101. -Partnerre Ltd (PREPRF) | A | Dividend | | | Sold | 03/04/15 | K | B | |
| 102. -Powershares Variable Rate CVRP | A | Dividend | J | T | Buy | 12/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/31/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Topbuild (Masco spinoff - see notes) | | None | J | T | | | | | |
| 104. -Tortoise Energy (NDP) | A | Dividend | | | Sold | 04/21/15 | J | | |
| 105. --WOOF | | None | K | T | | | | | |
| 106. Merrill Lynch Wealth Management - IRA | C | Int./Div. | N | T | | | | | |
| 107. -Alger Spectra (ASPZX) | | None | K | T | | | | | |
| 108. -Bank of America, NA, RAST (FIA Card Svc Cash (11AXX)) | A | Int./Div. | L | T | | | | | |
| 109. -BLACK ROCK CREDIT (BCX) | A | Dividend | J | T | | | | | |
| 110. -BLACK ROCK CREDIT (BTZ) | A | Dividend | J | T | | | | | |
| 111. -BP PLC ADR (BP) | A | Dividend | | | Sold | 03/14/15 | J | | |
| 112. -Clearbridge Energy (CEM) | A | Dividend | J | T | | | | | |
| 113. -Cohen and Steers (RQI) | A | Dividend | J | T | | | | | |
| 114. -Conoco Phillips | A | Dividend | J | T | Buy | 12/23/15 | J | | |
| 115. --CRC | A | Dividend | | | Sold | 03/14/15 | J | | |
| 116. -Exxon Mobile | A | Dividend | J | T | Buy | 12/23/15 | J | | |
| 117. -First Eagle (SG11X) | A | Dividend | K | T | | | | | |
| 118. -KKR | A | Dividend | J | T | Buy | 05/26/15 | J | | |
| 119. -INVESCO (VVR) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/31/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --IVY ASSET (IVAEX) | A | Dividend | | | Sold | 12/24/15 | K | | |
| 121. Highland Global | A | Dividend | J | T | Buy | 03/04/15 | J | | |
| 122. -MERCK (MRK) | A | Dividend | K | T | | | | | |
| 123. -Morgan Stanley Emerging (EDD) | B | Dividend | J | T | | | | | |
| 124. -Oppenheimer Dev (ODVYX) | A | Dividend | J | T | | | | | |
| 125. -Oppenheimer Int'l (OXIGYX) | A | Dividend | K | T | | | | | |
| 126. --OXY | A | Dividend | | | Sold | 12/23/15 | J | | |
| 127. -Tortoise Energy (NDP) | A | Dividend | | | Sold | 04/24/15 | K | | |
| 128. Edwards Jones IRA | B | Distribution | K | T | | | | | |
| 129. --Invesco Global 45 Div. Strategy Unit Trust | A | Dividend | J | T | Buy | 01/16/15 | J | | |
| 130. -Conoco Phillips | A | Dividend | J | T | | | | | |
| 131. -Johnson & Johnson | A | Dividend | J | T | | | | | |
| 132. -McDonalds | A | Dividend | | | Sold | 01/16/15 | J | | |
| 133. -Phillip Morris | A | Dividend | | | Sold | 01/16/15 | J | | |
| 134. Edward Jones Portfolio | B | Int./Div. | M | T | | | | | |
| 135. -American Funds TAIAX | B | Dividend | K | T | | | | | |
| 136. -Goldman Sachs CD | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -NC Med Care Comm Health Bond | C | Interest | K | T | | | | | |
| 138. -Prudential Prem. Ref. Contract | C | Dividend | L | T | | | | | |
| 139. -Raleigh Durham Airport Bond | B | Interest | K | T | | | | | |
| 140. -Lincoln Life Ins. | A | Dividend | L | T | | | | | |
| 141. Durham Arvin Partnership | | None | K | W | | | | | |
| 142. FMI Corp. Stock | G | Distribution | N | U | | | | | |
| 143. GP Land, LLC | A | Interest | M | U | | | | | |
| 144. Nationwide Insurance | | None | J | T | | | | | |
| 145. North State Bank Acct | A | Interest | J | T | | | | | |
| 146. Bank of America Bank Account | A | Interest | J | T | | | | | |
| 147. Equitable Life Insurance (cash value) | A | Dividend | K | T | | | | | |
| 148. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/31/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II. Agreements

All monies due under the Compensation Agreement with Nicholls & Crampton, P.A. have been paid and there remain no obligations due by either party thereunder.

Part VII. Investments and Trusts

Line 81 - Sale occurred during 2014, but was omitted from the 2014 report in error, largely due to name change of holding.

Line 92 - Merrill Lynch Bank Deposit Program was formerly reported as FIA Card Services (cash) and is identified in parenthesis.

Line 103 - On July 1, 2015, Masco (MAS), purusant to a tax free transaction, spun off TopBuild. I received 1 share of TopBuild for every 9 shares of Masco I owned. The transaction did not affect the amount of Masco stock, but resulted in my ownership of TopBuild without a "Buy."

Line 108 - Bank of America, NA, RAST was formerly reported as FIA Card Services Cash (11AXX) and is identified in parenthesis.

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/31/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Stephani W. Humrickhouse

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544